#60743

Trustee: JOSIAH L. MASON  (550220)

Case: 09-63817 - BURDETTE, GARY

| Account No. | Check No. | Issued | | | | Amount Filed | Amount Allowed | Paid to Date | Small Paymer |
|---|---|---|---|---|---|---|---|---|---|
| | Claim No. | Filed | Priority | Claimant | | | | | |
| 92000242487266 | 117 | 08/13/10 | Payee: | U.S. Bankruptcy Court | | | | Check Amount: | $3.7 |
| | 12 | 01/26/10 | 610 | Wells Fargo Financial Ohio, Inc  4137 121st Street  Urbandale, IA 50323 | | 532.00 | 532.00 | 3.71 | 3.7 |



(*) Denotes objection to Amount Filed